| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0647 1:07CR00249-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00083-CDS-NJK |

| | DISTRICT<br>NORTHERN DISTRICT OF OHIO | DIVISION – EASTERN<br>OFFICE LOCATION – CLEVELAND |
|---|---|---|
| Eric Harrison | Sentencing Judge: The Honorable Judge Ann Aldrich<br>Reassigned (04/05/2011): The Honorable Judge Dan Aaron Polster | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 02/14/2025    TO 02/13/2029 |

**OFFENSE(S)**

18:2113(a) – Armed Bank Robbery
18:924(c)(1)(A) – Use of a Firearm During a Crime of Violence

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Client is on active supervision in the District of Nevada

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

April 2, 2025
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee is accepted and assumed by the Court from and after the entry of this order.

April 10, 2025
Effective Date

_____
Cristina D. Silva, United States District Judge